# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0588
Lower Tribunal No. 2024-CF-007964

_____

JAMES TERRELL HOUSTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Michael Kraynick, Judge.

February 17, 2026

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and PRATT, JJ., concur.


Blair Allen, Public Defender, and Robert D. Rosen, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marissa V. Giles, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED